Certificate Number: 17082-PAM-DE-040471713

Bankruptcy Case Number: 25-03410


17082-PAM-DE-040471713

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>January 5, 2026</u>, at <u>10:03</u> o'clock <u>AM MST</u>, <u>LEANNA MARIE WRUBLE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>January 5, 2026</u>    By:    <u>/s/Orsolya K Lazar</u>

                                            Name:  <u>Orsolya K Lazar</u>

                                            Title:    <u>Executive Director</u>