# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Leanna Marie Wruble      BK NO. 25-03410 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CU Members Mortgage A Division Of Colonial Savings F.A. and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
06 Jan 2026, 12:09:24, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 458c2051d50148e5234a5bc0fa9f677575792336c32610c534a72c242f53b0ade
Case 5:25-bk-03410-MJC   Doc 16   Filed 01/06/26   Entered 01/06/26 17:04:29   Desc
Main Document     Page 1 of 1