**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:

LEANNA MARIE WRUBLE

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5:25-bk-03410 |

Debtor(s)

**AMENDED NOTICE**

The confirmation hearing on the __1st__ Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: April 16, 2026      Time: 10:00 AM

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: April 9, 2026 .

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: February 20, 2026      Filed by: s/John Fisher, Esq.