IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LEANNA MARIE WRUBLE      :     CHAPTER 13

                  :

       Debtors          :

                  :   Case No. 5:25-bk-03410

## CERTIFICATE OF SERVICE

That I served a copy of the Amended Notice filed to docket entry #25 in the above referenced case upon the following parties in this matter via CM/ECF:

Trustee Jack Zaharopolous

United States Trustee


And upon the complete Creditor Matrix, a copy of which is attached as an exhibit, via US First Class Mail on February 20, 2026.


Date: February 23, 2026                        s/John Fisher, Esq.
                                          John Fisher, Esq.
                                          126 South Main Street
                                          Pittston PA 18640
                                          570-569-2154
                                          Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:25-bk-03410-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Feb 20 14:34:06 EST 2026 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | CU Members Mortgage A Division Of Colonial S<br>2570 W Fwy Bldg E<br>Fort Worth, TX 76102-5820 |
| Capital One<br>PO Box 31293<br>Salt Lake City UT 84131-0293 | Colonial Savings<br>2624 West FWY<br>Forth Worth, Tx 76102-7177 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KML Law Group<br>Suite 5000 BNY Independence Center<br>701 Market Street<br>Philadelphia PA 19106-1538 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| (p)VANTAGE TRUST FCU<br>247 Wilkes Barre Twp Blvd<br>Wilkes Barre, PA 18702 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | John Fisher<br>126 South Main Street<br>Pittston, PA 18640-1739 |
| Leanna Marie Wruble<br>166 Market Street<br>Pittston, PA 18640-2532 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | PNC Bank, N.A.<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg OH 45342 | (d)PNC Bank, N.A.<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg OH 45342<br>PNC Bank, N.A.<br>Attn: Bankruptcy |
| Vantage Trust FCU<br>247 Wilkes Barre TWP Blvd<br>Wilkes Barre PA 18702 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CU Members Mortgage A Division Of Colonial | (u)PNC BANK, N.A. | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     2<br>Total              14 |